Bridget E. Finnie, as Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Appolonia Czaplicki, Respondent, v. Joseph Kujawa, Appellant.— Judgment and findings modified by eliminating therefrom the provision for reconveyance, and as so modified affirmed, with costs to the respondent. All concurred.

Catherine H. Winslow, Appellant, v. Henry Jeffrey, Respondent.— Judgment affirmed, with costs. All concurred.

Mell A. Neff, Appellant, v. Norman E. Mack, Respondent.— Judgment affirmed, with costs. All concurred.

In the Matter of the Estate of Arthur M. Beardsley, Deceased. Emily C. G. Beardsley, Appellant; Utica Trust and Deposit Company, Trustee, etc., Respondent.— The fifth finding of fact contained in the decision is disapproved and stricken out, and in lieu thereof the second finding of fact requested by appellant is found by this court, and the first conclusion of law is modified accordingly. Decree modified by surcharging the account by disallowing the item of twenty-seven dollars and nineteen cents allowed as interest, and as so modified the decree is affirmed, with costs to the respondent. All concurred.

Danford J. Penfold and Another, Respondents, v. Hubert Larkin, Individually and as Surviving Member, etc., Appellant.— Judgment and order denying motion for new trial affirmed, with costs. Appeal from order granting additional allowance of costs dismissed, because the record does not include the order or the papers upon which it was made. All concurred.

Henry P. Neun, Respondent, v. Amelia Van Deusen, Appellant.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that there is no sufficient evidence to support the fifth, sixth, and seventh findings of fact to the effect that at the time the agreement was entered into between defendant and S. C. Wells & Co., for the sale to said company of all the shares of stock of the B. H. Bacon Company, it was the purpose or understanding of the parties that the business of the B. H. Bacon Company was not to be continued, or that its assets and business were to be taken over and absorbed by S. C. Wells & Co. Also that such a finding is necessary to support the conclusion of law. All concurred.

Fred T. Meister, Respondent, v. Thomas W. Eagan, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within ten days, stipulate that the verdict may be reduced to the sum of $250, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred.

Nelson Van Antwerp, Respondent, v. O'Brien Construction Company, Appellant.— Judgment and order affirmed, with costs. All concurred.